KATE DEVEREAUX, Respondent, *v.* METROPOLITAN LIFE INSUR-ANCE COMPANY, Appellant.

*Devereaux* v. *Metropolitan Life Ins. Co.*, 94 App. Div. 613, affirmed.
(Argued January 29, 1906; decided February 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 24, 1904, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Eugene Van Voorhis* for appellant.

*James M. E. O'Grady* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER and CHASE, JJ. Not sitting: HISCOCK, J.